Western Metals Company, appellee, v. Hartman Ingot Metal Company, appellant.  Gen. No. 26,567.

Assumpsit for breach of an oral contract for the sale of scrap brass. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed. Opinion filed November 1, 1921. Rehearing denied November 15, 1921..

James V. O'Donnell and John S. Stevens, for appellant. Isaac S. Rothschild, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Harry Ayers, appellant, v. Edward Rew, appellee.  Gen. No. 26,579.

Replevin to recover possession of a diamond ring loaned to defendant. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of fact. Opinion filed November 1, 1921.

Leslie H. Whipp, for appellant. Vincent G. Gallagher, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Alma Rowens, plaintiff in error.  Gen. No. 26,734.

Information for the larceny of goods. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed November 1, 1921.

L. A. Newby, for plaintiff in error. Robert E. Crowe, for defendant in error; Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. William Moffat, plaintiff in error.  Gen. No. 25,795.

Information charging defendant with being a vagabond. Judgment of guilty and sentence to the house of correction. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed. Opinion filed November 2, 1921.

Thomas H. Mercer and Clarence E. Mercer, for plaintiff in error; Henry P. Heizer, of counsel. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.